JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH KELLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; ALEXANDER SALTY; ERENDIRA NAVARRO; MARCOS LUNA; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 17-cv-00133 MWF (SS)<br><br>(Los Angeles Superior Court Case No. BC 626455)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 626455**<br><br>[Complaint Filed: July 8, 2016] |

**<u>ORDER</u>**

The Court, having considered Plaintiff Isaiah Kelley and Defendants Wells Fargo Bank, N.A., Alexander Salty, Erendira Navarro, and Marcos Luna's Stipulation to Remand Case to Los Angeles County Superior Court, and upon finding good cause, hereby ORDERS that:

1.  The matter shall be remanded to the Superior Court for the State of California, County of Los Angeles; and

2.  No party to this federal action shall be considered the prevailing party for the purposes of any law or statute entitling the prevailing party to attorney's fees and/or litigation costs in connection with this remand.

**IT IS SO ORDERED.**

Dated: January 12, 2017

_____
Honorable Michael W. Fitzgerald
United States District Court Judge